McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

SEALED

FILED
MAY 30 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>United States of America<br><br>v.<br><br>Victor Garcia,<br>Angel Rivera, and<br>Adolfo Lopez Rayas. | Case No. 1:18 MJ 00079 BAM<br><br>**UNDER SEAL**<br><br>SEALING ORDER |

The United States of America, having applied to this Court, for an Order permitting it to file the Complaint, Application, and Affidavit, in the above-entitled proceedings, together with its Application to Seal, under seal, and good cause appearing thereon,

///

///

///

///

///

///

1

IT IS HEREBY ORDERED that the Complaint, Application, and Affidavit in the above-entitled proceeding, together with the Application To Seal, shall be filed with the Court under seal and shall not be disclosed pending further order of this court.

DATED: 5/30/18

Hon. Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE