```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  VINCENZA RABENN
    Assistant United States Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
 6  Attorneys for Plaintiff
    United States of America
 7
```

FILED

MAY 31 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VICTOR GARCIA<br>    aka ENRIQUE LOPEZ<br>    aka JIMMY<br>ANGEL RIVERA<br>ADOLFO LOPEZ RAYAS | CASE NO. CASE NO. 1:18 MJ 00079 BAM<br><br>[PROPOSED] ORDER UNSEALING COMPLAINT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 5/31/18

_____
The Honorable Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE